IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| REVPAR GREEN HILLS, LLC, | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | NO. 3:19-cv-00290 |
| DONALD F. ROCHFORD, et al., | ) ) | JUDGE CAMPBELL<br>MAGISTRATE JUDGE FRENSLEY |
| Defendants. | ) ) | |

## ORDER

The Court has been advised that this action is settled. (Doc. No. 76). This case is administratively closed. On or before July 17, 2020, the parties must submit a proposed agreed order of compromise and dismissal or stipulation of dismissal. Absent the aforementioned filing or other filing from a party, this case shall be dismissed with prejudice on July 17, 2020.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE