IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| REVPAR GREEN HILLS, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 3:19-cv-00290 |
| | ) Judge Campbell |
| DONALD F. ("TREY") ROCHFORD, JOHN T. ROCHFORD, ROCHFORD REALTY AND CONSTRUCTION CO., INC., and BEDFORD COMMONS ASSOCIATION, INC., | ) Magistrate Judge Frensley |
| | ) JURY DEMAND |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff RevPAR GREEN HILLS, LLC, and Defendants DONALD F. "TREY" ROCHFORD, JOHN T. ROCHFORD, ROCHFORD REALTY & CONSTRUCTION CO., INC., and BEDFORD COMMONS ASSOCIATION, INC., stipulate to the dismissal with prejudice of all of Plaintiff's claims.

Dated the 10th day of July 2020.

Respectfully submitted,

| NEAL & HARWELL, PLC | LEWIS, THOMASON KING, KRIEG & WALDROP, P.C. |
|---|---|
| By:/s/ James G. Thomas (by RNC with permission by email 07/10/20) <br> James G. Thomas, B.P.R. No. 07028 <br> John E. Quinn, B.P.R. No. 12220 <br> Erik C. Lybek, B.P.R. No. 35233 <br> 1201 Demonbreun Street, Suite 1000 <br> Nashville, Tennessee 37203 <br> (615) 244-1713 (telephone) <br> (615) 726-0573 (facsimile) <br> jthomas@nealharwell.com <br> jquinn@nealharwell.com <br> elybek@nealharwell.com | By:/s/ Ryan N. Clark <br> Ryan N. Clark, B.P.R. No. 29105 <br> 424 Church Street, Suite 2500 <br> Post Office Box 198615 <br> Nashville, Tennessee 37219 <br> (615) 259-1366 (telephone) <br> (615) 259-1389 (facsimile) <br> rclark@lewisthomason.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the forgoing Stipulation of Dismissal has been served on counsel for the parties in interest herein by operation of the Court's electronic case filing system.

James G. Thomas, Esq.
Erik C. Lybeck, Esq.
John E. Quinn, Esq.
NEAL & HARWELL, PLC
1201 Demonbreun Street, Suite 1000
Nashville, Tennessee 37203
jthomas@nealharwell.com
elybeck@nealharwell.com
jquinn@nealharwell.com

*Attorneys for Plaintiff*

Dated the 10th day of July, 2020.

/s/ Ryan N. Clark
Ryan N. Clark