# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| REVPAR GREEN HILLS, LLC, | ) |
| Plaintiff, | ) |
| v. | ) NO. 3:19-cv-00290 |
| DONALD F. ROCHFORD, et al., | ) JUDGE CAMPBELL |
| | ) MAGISTRATE JUDGE FRENSLEY |
| Defendants. | ) |

## ORDER

Pending before the Court is the parties' Stipulation of Dismissal (Doc. No. 78), indicating that all matters in dispute have been resolved and this case should be dismissed. Accordingly, this case is **DISMISSED**, with prejudice, and the Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE